UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: HEATHER DELORME          Chapter 13

Debtor.                          Case No.: 18-30821-KKS

**NOTICE OF COLLATERAL VALUATION
PURSUANT TO LOCAL RULE 3012-1**

To:  Hancock Bank
     1 Corporate Drive
     Suite 360
     Lake Zurich, IL  60047-8945

**NOTICE OF OPPORTUNITY TO OBJECT
AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1

NOTICE IS HEREBY GIVEN that Debtor values the 2014 Nissan Altima (78,460) at $5,500.00 said value being <u>Replacement Value</u>. Debtor's schedules reflect Hancock Bank with a secured claim of $5,500.00 and an unsecured claim of $4,563.00. The debt was started in 2014.

The collateral is not of a kind described in §1325(a)(9). The Debtor intends to retain the collateral.

The above addressed Creditors have thirty (30) days from the date of this Notice to file a Motion to Value the Collateral pursuant to Bankruptcy Rule 3012.

Absent the filing Motion to Value Collateral, the collateral value as listed on Debtor's schedules shall stand for purposes of treatment under Debtors Chapter 13 Plan and for purposes of confirmation.

Any motion filed pursuant to this notice shall be filed with the Clerk, U.S. Bankruptcy Court, Northern District of Florida, 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and copies shall be provided to the

undersigned attorney for debtor, and to Leigh D. Hart, either by electronic email or at Chapter 13 Trustee, Post Office Box 646, Tallahassee, FL 32302.

Dated: This the 11th of September 2018.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794
Email address: landj@4-debtor.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been served on the above named addressee(s) by United States Mail and Leigh D. Hart, Chapter 13 Trustee, ldhdock@earthlink.net by electronic email on this the 11th day of September 2018.

_____
Of Counsel